**R. F. STIFFLEMIRE v. D. F. SOUTHARD, J. B. SOUTHARD, and B. M. SOUTHARD, co-partners doing business under the style and firm name of Southard Lumber Company.**

14 So. (2nd) 903                                   June Term, 1943
September 17, 1943                                   Division A
Rehearing Denied October 19, 1943

*James N. Daniel,* for appellant.

*A. G. Campbell, Jr.,* for appellees.

PER CURIAM:

The record and the briefs in this cause have been examined and we find no reversible error nor would an opinion serve any useful purpose.

Affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.